UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Catherine P. Morales, | Civil Act No. 1:22-vc-05144 |
| Plaintiff, | Judge: Thomas M. Durkin |
| v. | Magistrate Judge: Jeffrey T. Gilbert |
| Randolph Place Residences Condominium Association and Infocus Builders, Inc. | |
| Defendants. | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on **October 14, 2022 at 10:00 a.m.,** we electronically filed in the United States District Court Northern District of Illinois *Defendant Randolph Place Residences Condominium Association's Motion to Strike Complaint Pursuant to FRCP 8(a) and (d)*.

Respectfully submitted,

LEAHY, EISENBERG & FRAENKEL, LTD.

By: /s/*Jeffrey S. Pavlovich*
Attorney for Defendant Randolph Place
Residences Condominium Association

Jeffrey S. Pavlovich (jsp@lefltd.com)
LEAHY, EISENBERG & FRAENKEL, LTD.
20 W. Cass Street, 2nd Floor
Joliet, Illinois 60432
Ph.: (815) 723-6514
Fax: (815) 723-7466

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **October 14, 2022**, I electronically filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to all parties of record.

                                                  */s/ Jeffrey S. Pavlovich*
                                                  Jeffrey S. Pavlovich